# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **SHERRY JOHNSON,** | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:18-CV-52-JDK-JDL |
| **TEXAS DEPARTMENT OF PUBLIC SAFETY,** | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Sherry Johnson initiated this civil action on February 5, 2018. Docket No. 1. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation recommending that the case be dismissed without prejudice for failure to prosecute. Docket No. 12. The Report and Recommendation was sent to Plaintiff at her address of record and received on May 16, 2019. Docket No. 13. Plaintiff has not filed any objections to the Report and Recommendation, and the prescribed time period for doing so has passed. Indeed, Plaintiff has not communicated with the Court since the filing of her Complaint.

Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the Magistrate Judge. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the Complaint (Docket No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **6th** day of **June, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE